Max Rittenberg, Appellant, v. Frank J. Murnighan et al., Appellees.

Gen. No. 42,565. 

 opinion filed June 30, 1944. Shulman, Shulman & Abrams, of Chicago, for appellant; Meyer Abrams, of Chicago, of counsel. Nash, Ahern, McDermott & McNally, and David H. Brill, all of Chicago, for certain appellees; Martin J. McNally and Jacob G. Grossberg, both of Chicago, of counsel. Opinion by JUSTICE LUPE. Not to be published in full.